AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court
## for the
## District of Delaware

| | |
|---|---|
| ALEX IS THE BEST, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>BLU PRODUCTS, INC.,<br><br>                Defendant. | Civil Action No. 16-cv-769<br><br>TRIAL BY JURY DEMANDED |

### Summons in a Civil Action

To: BLU Products, Inc.
     c/o The Company Corporation
     2711 Centerville Road, Suite 400
     Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

9/6/16
DATE

_____
DEPUTY CLERK'S SIGNATURE

{BAY:02934804v1}

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-769

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BLU PRODUCTS, INC
was received by me on *(date)* 9/7/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (authorized person at registered agent), who is designated by law to accept service of process on behalf of *(name of organization)* BLU PRODUCTS, INC C/O THE COMPANY CORPORATION 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (AS REGISTERED AGENT) on *(date)* 9/7/16 AT 12:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: SEPTEMBER 7, 2016

*Server's signature*

KEVIN S. DUNN    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE; COMPLAINT FOR PATENT INFRINGEMENT; EXHIBITS A-G